AO 91 (Rev. 11/11) Criminal Complaint

United States District Court
Southern District of Texas
FILED
JAN 22 2020
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| United States of America | ) |
| v. | ) |
| Simon Salazar, Jr. | ) Case No. M:20-0162-M |
| USC 1988 | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **January 21, 2020** in the county of **Hidalgo** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 952 | Defendant did knowingly and intentionally import from the United Mexican States into the United States approximately 13.46 kilograms of cocaine, a Schedule II controlled substance. |

This criminal complaint is based on these facts:

See Attachment "A"

☑ Continued on the attached sheet.

Approved by AUSA S. DIPIAZZA
/s/ DiPiazza

_____
Complainant's signature

Hiram Almaguer, Special Agent, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 01/22/2020 - 8:08 a.m.

_____
Judge's signature

City and state: McAllen, Texas

Juan F. Alanis, U.S. Magistrate Judge
*Printed name and title*

Attachment "A"

On January 21, 2020, Homeland Security Investigations (HSI), McAllen, Texas, was notified by United States Customs and Border Protection (CBP) that Simon SALAZAR, Jr. made entry into the United States via the Anzalduas Port of Entry in Mission, Texas. SALAZAR was the driver of a silver White Ford Explorer displaying Illinois license plates BM 32198. SALAZAR was referred to secondary inspection due to a K9 sweep of the vehicle which resulted in a K9 alert to the back area of the vehicle.

During primary and secondary inspections, SALAZAR presented a birth certificate and an Illinois driver's license and stated he was traveling from his place of residence in Reynosa, Tamaulipas, Mexico to his place of work in McAllen, TX. CBPOs escorted the aforementioned vehicle to the Z Portal inspection area for a non-intrusive inspection. During the inspection anomalies were discovered located in the driver's side quarter panel.

CBPOs discovered cocaine totaling 13.46 kilograms. The controlled substance was packaged in 11 wrapped packages. A field test of the substance was conducted. CBP Officers received a positive reaction for cocaine.

HSI McAllen Special Agents in conjunction with CBP Enforcement Officers responded to the Anzalduas Port of Entry to interview SALAZAR. SALAZAR was read the Miranda Warnings which he waived and voluntarily agreed to speak with agents. SALAZAR was interviewed post-Miranda and admitted culpability stating he knew he was smuggling narcotics into the United States.